FILED
2011 NOV -4  A 11: 28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11 5352

| | |
|---|---|
| SHARON BRIDGEWATER, | No. C 11-80265 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE COMPLAINT** |
| DEKALB COUNTY, et al., | |
| Defendants. | |

By order filed February 11, 2011, Judge Claudia Wilken of this district deemed plaintiff a vexatious litigant. Plaintiff is required to obtain leave of court before filing any new complaint. Specifically, "[i]f the complaint concerns the state unlawful detainer action in the state case *Hayes Valley Limited Partnership v. Bridgewater*, No. CUD-06-617995, it will not be filed." (No. C 10-03022 Dkt. No. 98). The instant complaint does not concern that action. Rather, it concerns alleged civil rights violations in conjunction with a traffic stop. As such, leave to file the complaint is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE